UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CECIL SHAW,

        Plaintiff,

    v.

76 MASTER AUTO CARE INC, et al.,

        Defendants.

Case No.  13-cv-00316-WHO

**ORDER OF DISMISSAL UPON
SETTLEMENT**

Re:  Dkt. No. 36

      The plaintiff, through counsel, advised the Court that the parties have reached a settlement.

      The Court ORDERS that this matter be DISMISSED WITH PREJUDICE and any hearings scheduled in this matter are VACATED.  The Court further ORDERS that if any party certifies to this Court, with proper notice to opposing counsel, within 90 days from the date of this Order, that settlement has not in fact occurred, this Order shall be vacated and the case shall be restored to the calendar for further proceedings.

      **IT IS SO ORDERED**.

Dated: October 7, 2013



_____

WILLIAM H. ORRICK
United States District Judge